IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BERT RANDALL,

    Petitioner,                No. CIV S-09-0677 LKK DAD P

    vs.

AMADOR COUNTY
SUPERIOR COURT,

    Respondent.              <u>ORDER</u>
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 31, 2009, the court issued findings and recommendations, recommending dismissal of this action. Petitioner has filed objections to the court's findings and recommendations. Petitioner has also filed a new petition for writ of habeas corpus and a motion to address the court.

        Petitioner recently informed the court that he intended to file his new petition for writ of habeas corpus and motion to address the court in the California Court of Appeal. He requests that this court return the documents to him so that he can file them in the proper court.

        Petitioner is advised that the court does not typically provide parties with copies of court documents. However, in the interests of justice, the court will grant petitioner's requests for copies of his documents in this instance only.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's May 7, 2009 and May 13, 2009 requests (Doc. Nos. 12 & 13) are granted; and

2. The Clerk of the Court is directed to send petitioner a copy of his April 10, 2009 petition for writ of habeas corpus and motion to address the court (Doc. No. 8).

DATED: May 19, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rand0677.docs